AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00563 RT

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* __Hawaii Residency Programs, Inc.__
was received by me on *(date)* __10/29/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Richard Philpott (C.E.O.)__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Hawaii Residency Programs, Inc.__ at __1356 Lusitana St, Honolulu, HI. 96813 Ste. 507__ on *(date)* __11/1/19 at 11:55 a.m.__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __NOV - 1 2019__

*Server's signature*

Jacinto Carrasco III
Civil Process Server
*Printed name and title*

550 Halekauwila St., Ste. 302
Honolulu, HI 96813
Tel: (808) 521-5800
*Server's address*

Additional information regarding attempted service, etc: