Civil Action No. 1:19-cv-00563 RT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Lassner__

was received by me on *(date)* __10/29/19__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Derek Mayeshiro (Associate General Counsel)__, who is designated by law to accept service of process on behalf of *(name of organization)* __David Lassner at 2444 Dole St. Ste. 110 Honolulu, HI. 96822__ on *(date)* __10/30/19 at 1:30 p.m.__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __OCT 3 0 2019__

*Server's signature*
**Job E. Tomas**
**Civil Process Server**

*Printed name and title*
550 Halekauwila St., Ste. 302
Honolulu, HI 96813
Tel: (808) 521-5800

*Server's address*

Additional information regarding attempted service, etc: