**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| CHRISTOPHER S. YEH | 6777-0 |
| RONALD TANG | 11034-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawai`i 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email:  cyeh@marrjones.com

Attorneys for Defendants
HAWAI`I RESIDENCY PROGRAMS, INC.,
DAVID LASSNER, and UNIVERSITY OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GAURAV THAKRAL, M.D.,<br><br>     Plaintiff,<br><br>vs.<br><br>HAWAI`I RESIDENCY PROGRAMS, INC.; DAVID LASSNER, in his official capacity as President of UNIVERSITY OF HAWAI`I; and UNIVERSITY OF HAWAI`I,<br><br>     Defendants. | CIVIL NO. 19-00563 DKW-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANTS UNIVERSITY OF HAWAI`I AND DAVID LASSNER'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)) |

# CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of DEFENDANTS UNIVERSITY OF HAWAI`I AND DAVID LASSNER'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) was served on the following at their last known address as follows:

*Served by U.S. Mail on March 30, 2020:*

ROBERT G. KLEIN
KURT W. KLEIN
DAVID A. ROBYAK
Klein Law Group LLLC
Waterfront Plaza #3-480
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

The undersigned further certifies that on the date and by the method of service noted below, a true and correct copy of this CERTIFICATE OF SERVICE [RE: DEFENDANTS UNIVERSITY OF HAWAI`I AND DAVID LASSNER'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)] was duly served upon the following at their last known addresses as follows:

*Served Electronically through CM/ECF on March 30, 2020:*

ROBERT G. KLEIN      (rgk@kleinlg.com)
KURT W. KLEIN        (kwk@kleinlg.com)
DAVID A. ROBYAK      (dar@kleinlg.com)

DATED:   Honolulu, Hawaii, March 30, 2020.

   /s/ Christopher S. Yeh
CHRISTOPHER S. YEH
RONALD TANG

Attorneys for Defendants
HAWAI`I RESIDENCY PROGRAMS, INC., DAVID LASSNER, and UNIVERSITY OF HAWAI`I