**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| CHRISTOPHER S. YEH | 6777-0 |
| RONALD TANG | 11034-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawai`i 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email: cyeh@marrjones.com

Attorneys for Defendants
DAVID LASSNER, and UNIVERSITY OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GAURAV THAKRAL, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> HAWAI`I RESIDENCY PROGRAMS, INC.; DAVID LASSNER, in his official capacity as President of UNIVERSITY OF HAWAI`I; and UNIVERSITY OF HAWAI`I, <br><br> Defendants. | CIVIL NO. 19-00563 DKW-RT <br><br> CERTIFICATE OF SERVICE <br><br> (RE: DEFENDANT DAVID LASSNER'S **FIRST REQUEST FOR ANSWERS TO INTERROGATORIES** TO PLAINTIFF) <br><br><br> Trial Date: September 13, 2021 <br> Judge: Honorable Derrick K. Watson |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the method of service noted below, the original and one copy of DEFENDANT DAVID LASSNER's FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINITFF was duly served upon the following at their last known address as follows:

*Served by Hand Delivery on January 20, 2021:*

ROBERT G. KLEIN, ESQ.
KURT W. KLEIN, ESQ.
DAVID A. ROBYAK, ESQ.
Klein Law Group
Waterfront Plaza, #3-480
500 Ala Moana Blvd.
Honolulu, Hawai`i 96813

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

The undersigned further certifies that, on the date and by the method of service noted below, a true and correct copy of this CERTIFICATE OF SERVICE (RE: DEFENDANT DAVID LASSNER's FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF) was duly served upon the following:

*Served electronically through CM/ECF on January 20, 2021:*

| | |
|---|---|
| ROBERT G. KLEIN, ESQ. | *(rgk@kleinlg.com)* |
| KURT W. KLEIN, ESQ. | *(kwk@kleinlg.com)* |
| DAVID A. ROBYAK, ESQ. | *(dar@kleinlg.com)* |

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

DATED:   Honolulu, Hawai`i, January 20, 2021.

                                                   */s/ Christopher S. Yeh*
                                                   CHRISTOPHER S. YEH
                                                   RONALD TANG

                                                   Attorneys for Defendants
                                                   DAVID LASSNER and
                                                   UNIVERSITY OF HAWAI`I