**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER S. YEH                6777-0
RONALD TANG                       11034-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawai`i 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email:  cyeh@marrjones.com

Attorneys for Defendants
DAVID LASSNER and UNIVERSITY OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GAURAV THAKRAL, M.D.,<br><br>               Plaintiff,<br><br>   vs.<br><br>HAWAI`I RESIDENCY PROGRAMS, INC.; DAVID LASSNER, in his official capacity as President of UNIVERSITY OF HAWAI`I; and UNIVERSITY OF HAWAI`I,<br><br>               Defendants. | CIVIL NO. 19-00563 DKW-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANTS' NOTICE OF TAKING VIDEO-TAPED DEPOSITION UPON ORAL EXAMINATION)<br><br>[Plaintiff Gaurav Thakral, M.D.]<br><br><br>Trial Date:  September 13, 2021<br>Judge:  Honorable Derrick K. Watson |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the method of service noted below, the original of DEFENDANTS' NOTICE OF TAKING VIDEO-TAPED DEPOSITION UPON ORAL EXAMINATION was duly served upon the following at their last known address as follows:

*Served by Hand Delivery on February 2, 2021:*

ROBERT G. KLEIN, ESQ.
KURT W. KLEIN, ESQ.
DAVID A. ROBYAK, ESQ.
Klein Law Group
Waterfront Plaza, #3-480
500 Ala Moana Blvd.
Honolulu, Hawai`i 96813

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

The undersigned further certifies that, on the date and by the method of service noted below, a true and correct copy of this CERTIFICATE OF SERVICE (RE: DEFENDANTS' NOTICE OF TAKING VIDEO-TAPED DEPOSITION UPON ORAL EXAMINATION) was duly served upon the following:

*Served electronically through CM/ECF on February 2, 2021:*

ROBERT G. KLEIN, ESQ.          (*rgk@kleinlg.com*)
KURT W. KLEIN, ESQ.            (*kwk@kleinlg.com*)
DAVID A. ROBYAK, ESQ.          (*dar@kleinlg.com*)

2

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

DATED:      Honolulu, Hawai`i, February 2, 2021.


                                    _/s/ Christopher S. Yeh_____
                                    CHRISTOPHER S. YEH
                                    RONALD TANG

                                    Attorneys for Defendants
                                    DAVID LASSNER and
                                    UNIVERSITY OF HAWAI`I