**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER S. YEH          6777-0
RONALD TANG                     11034-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawai`i 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email:  cyeh@marrjones.com

Attorneys for Defendants
DAVID LASSNER and UNIVERSITY OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GAURAV THAKRAL, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAI`I RESIDENCY PROGRAMS, INC.; DAVID LASSNER, in his official capacity as President of UNIVERSITY OF HAWAI`I; and UNIVERSITY OF HAWAI`I,<br><br>Defendants. | CIVIL NO. 19-00563 DKW-RT<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANTS DAVID LASSNER AND UNIVERSITY OF HAWAI`I'S NOTICE OF SUBPOENA DUCES TECUM; EXHIBIT "1")<br><br>[St. George's University]<br><br><br>Trial Date:  September 13, 2021<br>Judge: Honorable Derrick K. Watson |

1320375

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and by the method of service noted below, the original of DEFENDANTS DAVID LASSNER AND UNIVERSITY OF HAWAIʻI'S NOTICE OF SUBPOENA DUCES TECUM; EXHIBIT "1" [St. George's University] was duly served upon the following at their last known address as follows:

**_Served via U.S. Mail, first class mail on March 9, 2021:_**

ROBERT G. KLEIN, ESQ.
KURT W. KLEIN, ESQ.
DAVID A. ROBYAK, ESQ.
Klein Law Group
Waterfront Plaza, #3-480
500 Ala Moana Blvd
Honolulu, HI 96813

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

The undersigned further certifies that, on the date and by the method of service noted below, a true and correct copy of this CERTIFICATE OF SERVICE (RE: DEFENDANTS DAVID LASSNER AND UNIVERSITY OF HAWAIʻI's NOTICE OF SUBPOENA DUCES TECUM; EXHIBIT "1" [St. George's University]) was duly served upon the following:

*Served electronically through CM/ECF on March 9, 2021:*

ROBERT G. KLEIN, ESQ.      *(rgk@kleinlg.com)*
KURT W. KLEIN, ESQ.       *(kwk@kleinlg.com)*
DAVID A. ROBYAK, ESQ.    *(dar@kleinlg.com)*

Attorneys for Plaintiff
GAURAV THAKRAL, M.D.

DATED:    Honolulu, Hawai`i, March 9, 2021.


                               */s/ Christopher S. Yeh*
                               CHRISTOPHER S. YEH
                               RONALD TANG

                               Attorneys for Defendants
                               DAVID LASSNER and
                               UNIVERSITY OF HAWAIʻI